**Bloomberg Finance L.P.**
731 Lexington Avenue
New York, NY 10022

# MUTUAL NON-DISCLOSURE AGREEMENT

| | | | |
|---|---|---|---|
| Developer Name | ISENTIUM TECHNOLOGIES INC (the "Developer") | | |
| Address | 393 RUE ST-JACQUES | Account: | 30173426 |
| | SUITE 248 | Agreement: | 2923786 |
| | MONTREAL  PQ  H2Y 1N9  Canada | Order: | 22320015 |

Bloomberg Finance L.P. ("BFLP") and the Developer anticipate the need to discuss information, configurations and services in connection with the business purpose described in the space below (the "Business Purpose").

**A.  Business Purpose:**

The following matters: (i) BFLP's provision of a software development kit (or "SDK") and related materials and services to allow the Developer to develop applications ("Apps") for commercial distribution, or for distribution internally and/or to selected Developer customers, through an application portal, or similar functionality, on the BLOOMBERG PROFESSIONAL services (the "App Portal"); (ii) the review and vetting of Apps in accordance with BFLP's vetting procedures; (iii) the posting of the Apps on the App Portal; and (iv) matters in connection with the foregoing or in relation thereto.

In consideration of the mutual promises contained herein, and as a condition to the mutual disclosure of information, the Developer and BFLP hereby enter into this Mutual Non-Disclosure Agreement (this "NDA") and agree as follows:

**B.  Confidential Information**

For the Business Purpose described above, BFLP, or its affiliates (collectively, "Bloomberg"), and the Developer may disclose to each other certain oral and/or written confidential, proprietary and/or trade secret information concerning information, configurations and services which have not been announced and/or which are generally not available ("Confidential Information").  Confidential Information may include, without limitation: (i) certain specifications, designs, plans, drawings, hardware, software, data, customer lists, prototypes or other business and technical information relating to Apps, the App Portal, and the SDK; (ii) the terms of this NDA and a developer agreement for the App Portal entered into by the parties, if any ("Developer Agreement"); (iii) the manner in which Bloomberg and the App Portal distribute Apps, evaluate Apps, manage App version control, and allow for Apps to interface with Bloomberg systems; and (iv) any discussions, summaries, analyses, studies, compilations or other documents or memorializations of or relating to Confidential Information.

**C.  Use of Confidential Information**

1. At all times, each party receiving Confidential Information (the "Receiving Party") shall treat confidentially and shall not disclose Confidential Information furnished by the other party (the "Disclosing Party"), whether such Confidential Information was furnished prior to, on or after the date of this NDA; <u>provided, however</u>, that any of the Disclosing Party's Confidential Information may be disclosed to directors, officers, employees, representatives, agents and advisors (collectively, "Representatives") of the Receiving Party who need to know such Confidential Information to assist with the Business Purpose (it being understood that each such Representative shall be informed of the confidential nature of such Confidential Information and shall be directed to treat such Confidential Information confidentially in accordance with the terms of this NDA).  All Confidential Information, in whatever form provided, shall remain the property of the party furnishing such Confidential Information.  The Receiving Party shall use the Disclosing Party's Confidential Information solely for the Business Purpose and not in any way detrimental to the Disclosing Party.  Each party shall be responsible for any breach of this NDA by any of its Representatives, and, at its sole expense, shall take all reasonable measures to restrain its Representatives from prohibited or unauthorized disclosure or use of Confidential Information. Any disclosure or use of Confidential Information by a Representative that would not be permitted hereunder as a disclosure or use directly by the Developer shall be deemed a breach of this NDA by the Developer.

2. The Receiving Party shall, to the extent legally permissible, provide the Disclosing Party with prompt notice of any request for Confidential Information of the Disclosing Party pursuant to (i) applicable law or regulation, (ii) the valid order of a court or other governmental entity, (iii) legal process or (iv) applicable listing or quotation requirements of any exchange or quotation system (such requested information being referred to herein as "Legally Required Disclosure"). Within a reasonable time of the receipt of such notice, the Disclosing Party may seek an appropriate protective order or remedy with respect to such Legally Required Disclosure.  If such order or remedy is not obtained, any Legally Required Disclosure made by the Receiving Party shall not be deemed to violate this NDA, provided that the Receiving Party complied with the notice requirements of this paragraph C.2.

3. The Receiving Party shall not be bound by this NDA with respect to particular portions of Confidential Information to the extent that: (i) such information was previously known by the Receiving Party free of any obligation to keep it confidential as evidenced by documentation; (ii) such information has been or is provided in connection with a service, function or product that is governed by an agreement between the parties other than a Developer Agreement; (iii) such information is or becomes publicly available other than through unauthorized disclosure by the Receiving Party, or is trivial or obvious;

(iv) such information is disclosed without restriction, by or on behalf of the Disclosing Party, in published materials; (v) such information is developed by or on behalf of the Receiving Party independent of any Confidential Information of the Disclosing Party; or (vi) disclosure of such information is part of its normal reporting or review procedure to its parent company, its auditors and its attorneys; provided, however, that such parent company, auditors and attorneys agree to be bound by the provisions of this NDA.

4. The parties understand and acknowledge that any and all Confidential Information is being provided by the Disclosing Party without any representation or warranty, express or implied, as to the accuracy or completeness of such Confidential Information; provided, however, that the Developer represents, warrants and covenants that the information it provides to Bloomberg as part of the review and vetting process for Apps is true, current, accurate and complete. Except for the foregoing representation, warranty or covenant, or except as otherwise provided in the parties' Developer Agreement (if any), neither the Disclosing Party nor any of its Representatives shall have any liability to the Receiving Party or any of its Representatives (whether such liability arises in contract, tort, negligence, misrepresentation, breach of statutory duty or otherwise) which may result from the use of the Disclosing Party's Confidential Information by the Receiving Party or its Representatives. Nothing contained in this NDA shall be construed as granting or conferring any rights to either party by license or otherwise in any of the other party's Confidential Information or under any intellectual property right of the other party.

5. The Receiving Party may not remove from the Disclosing Party's premises any Confidential Information in any form or medium, or any copies thereof, or access Confidential Information from any off-premises location, without the Disclosing Party's prior written consent.

6. Confidential Information furnished as hardcopy documents, removable media such as CD-ROMs, DVDs or flash drives and/or other tangible forms shall not be duplicated by the Receiving Party, except to the extent necessary to assist with the Business Purpose. The Receiving Party shall not, and shall not assist, others to, disassemble, decompile, or reverse engineer the Disclosing Party's Confidential Information except with the Disclosing Party's prior written consent.

7. The Receiving Party shall return or destroy all Confidential Information (including copies, reproductions or otherwise containing Confidential Information) upon the earlier to occur of termination of this NDA or ten business days after the Disclosing Party's request therefor. Notwithstanding the foregoing, the Receiving Party may retain Confidential Information that has been automatically archived as part of the Receiving Party's electronic back-up system, provided that it is not available for general access or as otherwise agreed in the applicable Developer Agreement.

### D. Advertising or Publicity Releases; Photographs

Except as set forth in the parties' Developer Agreement, neither party shall refer to or identify the other party or its affiliates, or use the name or marks or any likeness thereof or marks similar thereto of the other party or its affiliates, in any marketing, advertising, press releases or public statements without prior consent of the other party, in each instance. Neither party shall be permitted to take any photographs, video, recordings, or any actions similar thereto while on the premises of the other party or its affiliates without the prior written consent of the other party, in each instance.

### E. Term and Termination

This NDA shall become effective when accepted in writing by the parties and shall continue thereafter until: (1) terminated in writing by either party at any time before the parties enter into a Developer Agreement, or (2) termination of the parties' Developer Agreement (if any), in which event this NDA shall automatically terminate. Upon termination of this NDA, each party shall comply with Section C.7. Each party agrees that all obligations undertaken herein with respect to the other party's Confidential Information shall survive and continue after any expiration or termination of this NDA.

### F. Remedies

The Receiving Party acknowledges that (1) the Disclosing Party's Confidential Information is valuable to the Disclosing Party, and any unauthorized loss, use or disclosure of that Confidential Information ("Loss") will cause the Disclosing Party irreparable injury, and (2) the remedies at law for any Loss are inadequate and the damages resulting from any breach of this Agreement cannot be measured readily in monetary terms. In the event of a Loss or threatened Loss, (a) the Receiving Party must notify the Disclosing Party immediately, and cooperate with the Disclosing Party to regain possession of its Confidential Information and prevent any further Loss, and (b) the Disclosing Party shall be entitled to seek, on use of affidavit evidence or otherwise, and without furnishing proof of actual damages, or posting a bond or other surety, injunctive or other equitable relief. The remedies in this Section F shall be in addition to any other remedies available.

### G. Miscellaneous

Notwithstanding anything to the contrary herein, Bloomberg shall not be prohibited from developing software or functions similar to any Apps ("Bloomberg Apps") or from using any residual knowledge retained in the memory of Bloomberg personnel; provided that Bloomberg complies with Section C.6 and, except pursuant to the parties' Developer Agreement, does not copy any of Developer's App source code into any Bloomberg Apps. No term or provision hereof shall be deemed waived and no breach consented to, unless such waiver and consent shall be express and in writing and signed by the party claimed to have waived or consented. Any such waiver and consent shall not constitute a waiver and consent to any other or subsequent breach. Neither party may assign its rights or duties under this NDA without the prior written consent of the other party, except that BFLP may assign (in whole or part) or delegate any of its rights or duties to any of its affiliates. All BFLP affiliates shall be third party beneficiaries of this NDA. This NDA , its validity, construction and performance, shall be governed

by, and construed in all respects under, the laws of the State of New York without regard to choice-of-law principles. The parties agree to submit to the exclusive jurisdiction of the federal and state courts located in New York County, New York in connection with any matters arising out of this NDA and to waive any objection to the propriety or convenience of venue. This NDA constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements or understandings with respect to the subject matter hereof. Nothing contained herein shall be construed as requiring either party to proceed with the Business Purpose. No amendment or modification of this NDA shall be valid or binding unless agreed to in writing by both parties. This NDA may be executed in counterparts. This NDA, and any modifications, waivers or notifications relating thereto, may be executed and delivered by facsimile or electronic mail.

Agreed to by:
**ISENTIUM TECHNOLOGIES INC**
Developer Name

_____
Signature (Duly authorized signatory, officer, partner or proprietor)

Alex Krackeroff
Name (Please type or print)

CEO
Title (Please type or print)

June 11, 2013
Date

Agreed to by:
**BLOOMBERG FINANCE L.P.**
By: BLOOMBERG (GP) FINANCE LLC,
    General Partner

_____
Signature of Authorized Signatory

_____
Date

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG COM and BLOOMBERG ANYWHERE are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. All rights reserved.    3735622.5