UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **iSENTIUM, LLC,**<br><br>                    Plaintiff,<br><br>– against –<br><br>**BLOOMBERG FINANCE L.P., BLOOMBERG L.P., and BLOOMBERG INC.,**<br><br>                    Defendants. | Civil Action No. 1:17-cv-07601<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Plaintiff, iSentium, LLC, state that iSentium, LLC is a Delaware limited liability company with its principal place of business located in Miami, Florida. Plaintiff iSentium, LLC has no parent corporation.

Dated:  New York, New York
        October 4, 2017

Respectfully submitted,

**BLACKSTONE LAW GROUP LLP**
/s/ John D. Lovi
John D. Lovi (john@blackstone-law.com)
Alexander J. Urbelis (alex@blackstone-law.com)
Justin B. Perri (justin@blackstone-law.com)
1201 Broadway, 9th Floor
New York, New York 10001
Telephone/ Facsimile: (212) 779 3070
*Attorneys for Plaintiff*
*iSentium, LLC*

1