UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

iSENTIUM, LLC,

                   Plaintiff,             Civil Action No. 1:17-cv-07601-PKC

                 -against-

BLOOMBERG FINANCE L.P.,
BlOOMBERG L.P., and
BLOOMBERG INC.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Joseph M. Drayton and the exhibits annexed thereto, Defendants Bloomberg Finance L.P., Bloomberg L.P., and Bloomberg Inc. ("Defendants") respectfully move this Court before the Honorable P. Kevin Castel, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312 on a date and time to be designated by the Court, for an order (1) pursuant to Rule12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint (Dkt. No. 12) in its entirety with prejudice and (2) any relief the Court deems just and necessary.

Dated:  January 16, 2018 Respectfully submitted,

/s/Joseph M. Drayton
Jonathan M. Bach
Joseph M. Drayton
jbach@cooley.com
jdrayton@cooley.com
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
46th Floor
New York, New York 10036-7798
Tel:  (212) 479-6000
Fax:  (212) 479-6275

*Attorneys for Defendants Bloomberg Finance L.P., Bloomberg L.P. and Bloomberg Inc.*