**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT DE LA CRUZ,

                Plaintiff,

-against-

BLOOMBERG FINANCE L.P., BLOOMBERG
L.P. and BLOOMBERG INC.,
                Defendants.
-----------------------------------------------------------X

17 **CIVIL** 7601 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 16, 2020, Bloomberg's motion for summary judgment is granted; judgment is entered for Defendants.

**Dated:** New York, New York
        January 17, 2020

                                              **RUBY J. KRAJICK**
                                                 **Clerk of Court**
BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2020